**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jamel Johnnie GREEN, Defendant—Appellant.**

**No. 09–8152.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 25, 2010.

Jamel Johnnie Green, Appellant pro se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamel Green appeals the district court's order denying his motion to reconsider the court's earlier order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Goodwyn*, 596 F.3d 233, 234–36 (4th Cir.2010) (holding that district court lacked authority to grant defendant's motion to reconsider, filed eight months after the district court's order ruling on original § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*